**E-FILED**
Monday, 10 November, 2014  09:07:45 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 14-20032 |
| | ) | |
| MAURICE COLLINS, | ) | |
| | ) | |
| Defendant. | ) | |

### UNITED STATES' NOTICE OF PRIOR CONVICTION

The United States of America by its attorneys, James A. Lewis, United States

Attorney for the Central District of Illinois, and Jason M. Bohm, Assistant United States

Attorney, file the following notice of prior conviction pursuant to Title 21, United States

Code, Section 851, which provides a basis for sentencing enhancement.

The defendant was convicted of the felony offense Manufacture/Delivery of a

Controlled Substance in the Circuit Court of Cook County, Case No. 2000CR182910.

Respectfully submitted,

JAMES A. LEWIS
UNITED STATES ATTORNEY

s/ Jason M. Bohm
Assistant United States Attorney
201 S. Vine Street, Suite 226
Urbana, Illinois 61802
Tel:  (217) 373-5875
Fax:  (217) 373-5891
jason.bohm@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

It is hereby certified that on November 10, 2014, the foregoing document was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

s/ Jason M. Bohm